IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                                  CHAPTER 13
EDWIN W. WILLIAMS,                             CASE NO: 05-34227-DHW-13
     Debtor,

DEUTSCHE BANK,
     Movant.

## AGREED ORDER CONDITIONALLY DENYING COMPLAINT

The Movant, Deutsche Bank filed a motion for relief from stay against Debtor seeking relief from the stay which operates as a result of Debtor having filed a petition under the Bankruptcy Code. The Movant seeks an order authorizing Movant to foreclose its mortgage according to the powers set out in the mortgage.

EDWIN W. WILLIAMS executed a note and mortgage to the Secretary of Veterans Affairs, an Officer of the United States of America dated April 3, 2000 on the following described property located in Montgomery County, Alabama, viz:

> Lot 26, Block "E", Map of Normandale Addition Plat No. 2, as the same is recorded in the Office of the Judge of Probate of Montgomery County, Alabama. (Said property is more commonly known as 701 Alamo Drive, Montgomery, AL 36111).

Which said mortgage is recorded in Real Property Book 2097, page 0848, of the records in the Office of the Judge of probate of Montgomery County, Alabama. Said mortgage was subsequently assigned to DEUTSCHE BANK, by instrument recorded in said Probate Court Records. The mortgage is in default.

This matter came on for a hearing on the motion for relief. Proper notice of the hearing was given. **Upon consent of the parties hereto**, it is ORDERED that the relief prayed for by Deutsche Bank is CONDITIONALLY DENIED. The condition is the Debtor is to pay the following arrearage:

| | |
|---|---:|
| 6/06 through 9/06 payments (4 @ $411.73) | $2,470.38 |
| Attorney's fee - motion for relief | 550.00 |
| Filing fee - motion for relief | 150.00 |
| Less suspense credit balance: | ( -224.81) |
| Total: | $2,945.57 |

Debtor paid the sum of $823.46 direct to Movant, (representing the 10/06 and 11/06 post-petition payments), prior to the hearing on the motion for relief. The balance arrears in the amount of $2,022.11 shall be added to the Chapter 13 Plan by a proof of claim. Debtor's payments to the Trustee shall be set at $180.00 MONTHLY. Trustee payments on behalf of Debtor to Deutsche Bank, (to its Loan Servicer – Countrywide Home Loans, Inc.), shall be $60.00 PER MONTH. Debtor's regular monthly post-petition payments shall recommence direct to Movant with the December 2006 payment.

The terms of this ORDER for repayment of the arrearage shall apply only so long as the Chapter 13 remains pending.

It is further ORDERED if the monthly post-petition payments come into default and, upon a written twenty (20) day notice of default to Debtor, and Debtor's attorney, the Debtor fails to cure the arrears, then the automatic stay shall be terminated effective upon Movant filing a notice of lift of stay with the Court, which notice shall serve to reduce Movant's claim(s) to the amount paid. Movant is then authorized to immediately foreclose its mortgage without further order of this Court.

Bankruptcy Rule 3001(a)(3), as amended, in not applicable and Movant may immediately enforce and implement this ORDER granting relief from stay.

Dated: November 9, 2006

/s/ Dwight H. Williams
DWIGHT H. WILLIAMS
U.S. BANKRUPTCY JUDGE

This Order was consented to by:
Richard D. Shinbaum, Debtor's Attorney
(334) 269-4440

This instrument was prepared by:
William S. McFadden, Movant's Attorney
 (251) 342-9172

PLEASE COPY ALL PARTIES LISTED BELOW WITH A COPY OF THE ENTERED ORDER:

Edwin W. Williams
701 Alamo Drive
Montgomery, AL  36111

Richard D. Shinbaum, Attorney
Shinbaum, Abell, McLeod & Vann
Post Office Box 201
Montgomery, AL  36101
(334) 269-4440

William S. McFadden, Esquire
McFadden, Lyon & Rouse, LLC
718 Downtowner Boulevard
Mobile, AL  36609-5499
(251) 342-9172

Curtis C. Reding, Trustee
Post Office Box 173
Montgomery, AL  36101
(334) 262-8371