# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 05-34227 |
| Edwin W. Williams } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES NOW the Debtor, individually, and by attorney, and hereby objects to the Trustee's Motion to Dismiss, and as grounds for said Objection, states as follows:

1. The Debtor(s) got behind in plan payments because he is a self-employed painter. Recently his work has been slowed because of other contractors who were slow in completing work causing him to not be able to complete his work and get paid.

2. The Debtor(s) are able to make payments now because his work is back to normal and he is getting paid. The debtor's plan payments are $180 each month and the debtor has recently made a payment of $540 which totals 3 monthly payments.

3. The Debtor wishes to stay in Chapter 13 and requests this court to deny the Trustee's Motion to Dismiss.

WHEREFORE, the premises considered, the Debtor requests this Court to deny the Trustee's Motion to Dismiss.

Respectfully submitted this the 12 day of February, 2007.

/s/ Richard D. Shinbaum
*Attorney for Debtor*:
Richard D. Shinbaum
Shinbaum, Abell, McLeod & Campbell, P.C.
566 South Perry Street

Post Office Box 201
Montgomery, AL 36101-0201
334-269-4440

**CERTIFICATE OF SERVICE**

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day 12 day of February, 2007.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs

