## IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | |
|---|---|
| **In the Matter of**: } | |
| } | Case No. 05-34227 |
| Edwin W. Williams } | |
| } | Chapter 13 |
| } | |
| **Debtor(s)** } | |

### OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES NOW the Debtor, individually, and by attorney, and hereby objects to the Trustee's Motion to Dismiss, and as grounds for said Objection, states as follows:

1. The Debtor(s) got behind in plan payments because he is a self-employed painter who is employed by a subcontractor. The job he was contracted to do has not paid him yet. He is on another job now which will pay him at the completion of the job which he estimates will be around the beginning of October. Attached is a copy of a money order for one payment of $180.

2. The Debtor(s) is able to make payments now because he is on a different job and he expects to be paid on time.

3. The Debtor wishes to stay in Chapter 13 and requests this court to deny the Trustee's Motion to Dismiss.

WHEREFORE, the premises considered, the Debtor requests this Court to deny the Trustee's Motion to Dismiss.

Respectfully submitted this the 13 day of September, 2007.

/s/ Richard D. Shinbaum
*Attorney for Debtor*:
Richard D. Shinbaum
Shinbaum, Abell, McLeod & Campbell, P.C.
566 South Perry Street
Post Office Box 201
Montgomery, AL 36101-0201
334-269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties listed below by CM/ECF on this day 13 day of September, 2007.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs

