UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re  
EDWIN W WILLIAMS  
Soc. Sec. No. XXX-XX-4460  

Case No. 05-34227-DHW  
Chapter 13  

Debtor.

> **PURSUANT TO LBR 1017-1, THIS CASE MAY BE DISMISSED, WITHOUT FURTHER NOTICE OR HEARING, UNLESS A RESPONSE IS FILED WITH THE COURT AND SERVED UPON THE PARTY SERVING THIS NOTICE WITHIN 20 DAYS OF SERVICE.**

## TRUSTEE'S MOTION TO DISMISS

Comes now Curtis C. Reding, Chapter 13 Standing Trustee for this district, and moves the Court to dismiss the above entitled case pursuant to 11 U.S.C., §1307 (and LBR 1017-1), in that the debtor's actions have caused unreasonable delay that is prejudicial to creditors. As grounds for said motion, the Trustee states as follows:

The debtor failed to make payments to the Trustee pursuant to the terms of the debtors confirmed plan.

Dated: July 28, 2008

Office of the Chapter 13 Trustee  
P. O. Box 173  
Montgomery, AL 36101-0173  
Phone: (334)262-8371  
Fax: (334)262-8599  
email: Ch13Trustee@ch13mdal.com  

/S/ *Curtis C. Reding*  
Curtis C. Reding, Trustee

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing Motion to Dismiss on the debtor(s) and the debtor's attorney, by placing them in the United States Mail, postage prepaid, and properly addressed, or by electronic mail.

Done, this the 28th day of July, 2008.

/S/ *Curtis C. Reding*  
Curtis C. Reding, Trustee

cc: RICHARD D SHINBAUM  
    ATTORNEY AT LAW  
    P O BOX 201  
    MONTGOMERY AL 36101-0201