# IN THE UNITED STATES BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION

| | |
|---|---|
| IN RE THE MATTER OF: ) | CHAPTER 13 |
| ) | |
| Edwin Williams ) | CASE NO. 05-34227 |
| ) | |
| **Debtor.** ) | |

## OBJECTION TO TRUSTEES MOTION TO DISMISS

COMES NOW the Debtors, individually, and by attorney, and hereby objects to the Trustee's Motion to Dismiss, and as grounds for said Objection, states as follows:

1. The Debtor filed a chapter 13 bankruptcy petition in this Court on 30th day of November, 2005

2. After filing the Bankruptcy the Debtor, who works as a paint contractor, has difficulty getting paid late by people that he does work for and this prevented him from timely making payments.

3. The Debtor states that he is now being paid and can recommence his monthly payments.

WHEREFORE, the premises considered, the Debtor requests this Court to allow the Debtor to remain in Bankruptcy.

DONE this the 6st day of August, 2008.

                                      /s/ Richard D. Shinbaum
                                      Richard D. Shinbaum (SHI007)
                                      Vonda S. McLeod (MCL032)
                                      Attorney for the Debtor

Of Counsel:
Shinbaum, McLeod and Campbell, P.C.
P.O. Box 201
Montgomery, AL 36101
(334) 269-4440

## CERTIFICATE OF SERVICE

       I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by mailing a copy of the same to them on this the 6thday of August, 2008

Hon. Curtis C. Reding
Trustee in Chapter 13
P.O. Box 173
Montgomery, Alabama 36101

          /s/ Richard D. Shinbaum
         Richard D. Shinbaum
         Vonda S. McLeod