IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| IN RE THE MATTER OF: | ) | CHAPTER 13 |
| | ) | |
| EDWIN WILLIAMS | ) | |
| | ) | CASE NO. 05-34227 |
| | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES NOW the Debtors, and by attorney, and hereby objects to the Trustee's Motion to Dismiss, and as grounds for said Objection, states as follows:

1. The debtor is a self employed barber and painter. Both businesses have been slow over the past 6 weeks and the debtor has fallen behind in his payments.

2. The debtor's painting work has picked up a little and he feels that he can make the payments as they come due now. The debtor recently made a payment of $180.00 which represents one full month of payments under the plan. The debtor only owes a balance of approximately $2400.00 most of which is unsecured debt.

3. The Debtor's wish to stay in chapter 13.

WHEREFORE, the premises considered, the Debtors requests this Court to deny the Trustee's Motion to Dismiss.

Respectfully submitted this the 7 day of November, 2008.

/s/ Richard D. Shinbaum
RICHARD D. SHINBAUM (SHI007)
Attorney for the Debtor

Of Counsel:
Shinbaum, McLeod and Campbell, P.C.
Post Office Box 201
Montgomery, Alabama 36101
(334) 269-4440

## CERTIFICATE OF SERVICE

    I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by electronic or postal mail on this the 7 day of November, 2008.

Hon. Curtis C. Reding
Trustee in Chapter 13
Post Office Box 173
Montgomery, AL 36101

                                             /s/ Richard D. Shinbaum
                                             Richard D. Shinbaum

*Edwin Williams*

```
         MONTGOMERY DOWNTOWN STATION
              MONTGOMERY, Alabama
                   361043401
               0107830004 -0097
10/31/2008      (800)275-8777
                                  11:39:35 AM

                  Sales Receipt
Product          Sale   Unit
Description      Qty    Price      Final
                                   Price

Dom. Money Order 16166988167      $180.00
Domestic Money Order Fee            $1.05
                 Subtotal         $181.05
42c #10 Elk        1     $0.51      $0.51
Env

Total:
                                  $181.56
Paid by:
Cash
Change Due:                       $190.56
                                   -$9.00

Order stamps at USPS.com/shop or call
1-800-Stamp24.  Go to USPS.com/clicknship
to print shipping labels with postage.
For other information call 1-800-ASK-USPS.

Bill#: 1000301001839
Clerk: 03

All sales final on stamps and postage.
Refunds for guaranteed services only.
     Thank you for your business.
*******************************************
*******************************************
       HELP US SERVE YOU BETTER

Go to: http://gx.gallup.com/pos

    TELL US ABOUT YOUR RECENT
         POSTAL EXPERIENCE

         YOUR OPINION COUNTS
*******************************************
*******************************************

          Customer Copy
```