IN THE UNITED STATES BANKRUPTCY COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| IN RE THE MATTER OF: | ) |
| | ) CHAPTER 13 |
| | ) |
| Edwin Williams | ) |
| | ) |
| | ) CASE NO.05-34227 |
| Debtor(s). | ) |

## OBJECTION TO TRUSTEE'S MOTION TO DISMISS

COMES NOW the Debtor, individually, and by attorney, and hereby objects to the Trustee's Motion to Dismiss, and as grounds for said Objection, states as follows:

1. The Debtors are an individual that have filed a chapter 13 plan.

2. The Debtor is a a self employed Barber and has had trouble making payments due to a drop in demand for his services caused by the economy.

3. The Debtor has recommenced making his Chapter 13 payments and has sent in two months worth of payments to the Trustee in September 2009. The Debtor presently owes about eight months worth of payments, all on unsecured debt, and he has approximately 15 months to complete the chapter 13 plan.

WHEREFORE, the premises considered, the Debtors requests this Court to overrule the Trustee's Motion to Dismiss allow him to remain in chapter 13 and file to modify his plan.

DONE this the 18th day of September, 2009.

                                        /s/ Richard Shinbaum
                                        Richard D. Shinbaum (SHI007)
                                        Vonda S. McLeod (MCL032)
                                        Attorney for the Debtor

Of Counsel:
Shinbaum, McLeod and Campbell, P.C.
P.O. Box 201
Montgomery, AL 36101
(334) 269-4440

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the above foregoing Objection on all parties listed below by e-mailing a copy of the same to them on this the 18th day of September, 2009

Hon. Curtis C. Reding
Trustee in Chapter 13
P.O. Box 173
Montgomery, Alabama 36101

                                        /s/ Richard Shinbaum
                                        Richard D. Shinbaum
                                        Vonda S. McLeod